IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 6:20-cr-1 |
| LANARD WALLACE, | |
| Defendant. | |

## O R D E R

Presently before the Court is Defendant Lanard Wallace's Motion to Proceed Pro Se. (Doc. 1205.) Defendant does not state in his Motion what action he seeks to take pro se. Moreover, Defendant's case is closed. The Court sentenced him on October 9, 2020, (doc. 742), and he decided not to file an appeal, (doc. 739). Thus, it appears his attorneys' representation of him ended long ago. To the extent Defendant seeks to file a motion to set aside his conviction and sentence pursuant to 28 U.S.C. § 2255, the time for doing so has long since passed, and, regardless, he has no right to representation on such a motion. Thus, Wallace does not need this Court's permission to proceed pro se because this case is closed and he is already without representation regarding whatever pleading he may want to file. Thus, the Court **DENIES AS MOOT** Wallace's Motion to Proceed Pro Se, (doc. 1205).

**SO ORDERED**, this 14th day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA